DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor

**IT IS SO ORDERED.**
**Signed July 14, 2010**

_Arthur S. Weissbrodt_
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

ROMEO D COMIA

                                    Debtor

**Chapter 13**

**Case No.** 10-54926 ASW

**ORDER OF DISMISSAL**
**PRIOR TO CONFIRMATION**

The Declaration in Support of Dismissal for Failure to Comply with 11 U.S.C. §521(a)(1)(B)(iv) [Docket #18] (Failure to Submit Pay Advices to the Trustee) by DEVIN DERHAM-BURK, Chapter 13 Standing Trustee (hereafter "Trustee") has been duly considered by the Court and;

   **IT IS ORDERED THAT** the the above case is dismissed without prejudice and that any restraining orders previously issued be vacated.  After payment of allowed adequate protection payments, administrative costs and fees, the Chapter 13 Standing Trustee shall return to the Debtor any remaining balance of the debtor funds on hand.  The Trustee shall submit, at a later date, her Trustee's Final Report and Account for approval by the Court.

   Notice of the dismissal shall be served upon all parties by the Court.

                    **\* \* \* END OF ORDER \* \* \***

# COURT SERVICE LIST

Case Name:    ROMEO D COMIA                         Case Number:  10-54926 ASW


ROMEO D COMIA
1209 GLACIER DR
MILPITAS, CA  95035


PRO SE DEBTOR